**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andrique SMITH, Defendant–Appellant.**

**No. 09–13420
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 6, 2010.

Robert J. Erb, Savannah, GA, for Defendant-Appellant.

James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee.

Before DUBINA, Chief Judge, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Robert J. Erb, appointed counsel for Andrique Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's conviction and sentence are **AFFIRMED.**